IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL WILLIAMS** | : | CIVIL ACTION NO. 1:12-CV-2383 |
| Plaintiff | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| **ERIKA FENSTERMAKER, et al.** | : | |
| Defendants | : | |

## O R D E R

Before the Court in the captioned action is a November 30, 2012 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's motion for leave to proceed *in forma pauperis* is **GRANTED** (Doc. No. 2), and the Plaintiff's complaint is **DISMISSED** as to the individual Defendant, but shall be served as to the United States.

3) The case is referred back to Magistrate Judge Carlson for further proceedings.

                                                  S/ Yvette Kane
                                                  YVETTE KANE, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania

Dated: January 7, 2013